UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

JERMIN COSTOR,                                :

                    Plaintiff,               :         O R D E R

        - against -                          :         07 Civ. 11311 (NRB)

LISA SANDERS C.O. GARDINER,
SGT. BERRY, LARRY HERNDERSON                 :

                    Defendant.               :

------------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The complaint in this action having been filed on December 17, 2007, and the Court having informed plaintiff's counsel by letter, dated March 20, 2008 of the obligation pursuant to Rule 4(m) of the Federal Rules of Civil Procedure to serve the summons and complaint within 120 days of filing, and no response to that letter having been received, and there being no evidence of service, it is hereby

ORDERED that the complaint be dismissed without prejudice.

DATED:    New York, New York
          April 18, 2008

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE