UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

JERMIN COSTOR,

            Plaintiff,  :      **O R D E R**

  - against -            :      07 Civ. 11311 (NRB)

LISA SANDERS, C.O. GARDINER,
SGT. BERRY, LARRY HENDERSON

            Defendants.

------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiff has petitioned this Court to reopen this case pursuant to this Court's order dated April 18, 2008; and

    **WHEREAS** the summons in this case expired on April 17, 2008; it is hereby

    **ORDERED** that the clerk of court shall designate this case as an active case; and it is further

    **ORDERED** that the pro se office is to issue a new summons in this case and issue a new service package to plaintiff; and it is further

    **ORDERED** that plaintiff is to complete service on defendants within 75 days from the date of this order or the case will be dismissed.

DATED:   New York, New York
         May 5, 2008

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

<u>Plaintiff</u>
Jermin Costor
895-07-01193
George Motchan Detention Center
11-11 Hazen Street
East Elmhurst, NY 11370